IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JARRETT M. JAMES,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

ORDER

Case No. 20-cv-164-bbc

Petitioner Jarrett M. James seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 17, 2020. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately June 23, 2019 through the date of the petition, December 23, 2019.

ORDER

IT IS ORDERED that:

1.    Petitioner Jarrett M. James may have until March 17, 2020, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 17, 2020, I will assume that petitioner wishes to withdraw this petition.

Entered this 25th day of February 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge